IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-00292 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| JEROME HENDERSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon review, the motion of the Government to dismiss the original indictment and counts two, three, five, six and seven of the Superseding Indictment (Docket Entry No. 55) is **GRANTED**.

It is so **ORDERED**.

ENTERED this the 24th day of May, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge